United States District Court

Eastern District of Louisiana

Kovacs

v.                                                CIVIL ACTION NO. 2:00-cv-00134 R 1

Parker Drlg Co


The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 18, 2000.

By Direction of the Court

LORETTA G. WHYTE, CLERK



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 13 P 4: 20

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES M. KOVACS | * | CIVIL ACTION **00-0134** |
| VERSUS | * | NUMBER: |
| PARKER DRILLING COMPANY, | * | SECTION: **SECT. R MAG. 1** |
| CHEVRON U.S.A., INC., M-I, L.L.C. | * | |
| d/b/a M-I DRILLING FLUIDS, L.L.C. | * | MAG. |
| AMERICAN HOME ASSURANCE | * | |
| COMPANY AND | * | |

*********************************************************************

## NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes defendant Chevron U.S.A., Inc. ("Chevron") and Parker Drilling Company ("Parker") pursuant to 28 U.S.C. §1446, files this Notice of Removal and respectfully states the following:

I.

Defendant Parler was served, through its agent for service of process on or about January 7, 2000, with Citation and Petition in the action entitled "James M. Kovacs vs. Parker Drilling Company, Chevron U.S.A., Inc., M-I, L.L.C. d/b/a M-I Drilling Fluids, L.L.C., American Home Assurance Company and XYZ Insurance Company," bearing Civil Action No. 99-20596, Section "A" on the docket of the Civil District Court for the Parish of Orleans, State of Louisiana, copies of which are attached hereto and marked for identification as Exhibit "A".

_Fee $/50.___
_Process___
_X_Dktd___
___CtRmDep___
___Doc.No.___

II.

The above described action was brought by plaintiff James M. Kovacs, an employee of M-I Drilling Fluids, seeking a judgment for damages caused by plaintiff's alleged injuries while on board the HERCULES 21.

III.

This Notice of Removal is filed within thirty days of receipt of Parker of a copy of the pleadings set forth the claim for relief upon which the cause of action is based in accordance with 28 U.S.C. §1446(b), and therefore this Petition for Removal is timely filed.

IV.

A copy of all process, pleadings and orders served upon the defendants in the Civil District Court for the Parish of Orleans, State of Louisiana, is filed herewith. The plaintiff, James Kovacs, has asserted a claim against the defendant Chevron, which is removable pursuant to the provisions of 28 U.S.C. §1441(b) because the plaintiff's Jones Act claims are baseless and were fraudulently pled to prevent removal.

V.

Defendant acknowledges the axiom that Jones Act suits are generally not removable; however, defendant submits that the above captioned case, although presented by counsel for plaintiff as a Jones Act case, is really a claim grounded in Admiralty and General Maritime Law.

VI.

Plaintiff designated his claim as an Admiralty and General Maritime Law claim under LSA-C.C.P. Art. 1732(6) and necessarily elected to pursue his cause of action as a F.R.C.P. Rule 9(h) admiralty claim within the exclusive federal jurisdiction.

VII.

The plaintiff is not a Jones Act seaman because he was neither permanently assigned nor connected to the HERCULES 21, nor did he perform a substantial part of his work aboard the M/V HERCULES 21 in direct accomplishment of the vessel's mission.

VIII.

Chevron submits that this case is one in which the District Court of the United States has original jurisdiction pursuant to the provisions of 28 U.S.C. §1331 and 1333, and therefore pursuant to 28 U.S.C. §1441 and §1446, Chevron is entitled to removal of this action to the federal district in which the action is pending.

IX.

Pursuant to 28 U.S.C. §1446(d), appropriate written notice, including copies of the notice of filing and certificate of service, has been given to the plaintiff, through his counsel of record, and to the Clerk of the Civil District Court for the Parish of Orleans, State of Louisiana.

X.

Counsel for M-I, L.L.C. d/b/a M-I Driling Fluids, L.L.C. and American Home Assurance Company has been contacted and consents to this removal.

**WHEREFORE**, defendant prays that this Notice of Removal be accepted as good and sufficient, and that this case now pending on the docket of the Civil District Court for the Parish of Orleans, State of Louisiana, be removed from State District Court to the docket of the United States District Court for the Eastern District of Louisiana, all in accordance with applicable law.

**Respectfully submitted,**

**REICH, MEEKS & TREADAWAY, L.L.C.**

_____

ROBERT S. REICH, #11163
LAWRENCE R. PLUNKETT, #19739
Two Lakeway Center, Suite 1830
3850 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 830-3999
*Attorneys for Chevron U.S.A., Inc.
and Parker Drilling Company*

### CERTIFICATE OF SERVICE

**I hereby certify** that a copy of the above and foregoing pleading has been served on all counsel of record to these proceedings by placing a copy of same in the United States Mail, properly addressed and postage prepaid this ___13th___ day of January, 2000.

_____

4