UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES M. KOVACS                                            CIVIL ACTION

VERSUS                                                     NO. 00-134

PARKER DRILLING COMPANY, ET AL                             SECTION: "R"(1)

### ORDER TRANSFERRING CASE DUE TO COLLATERAL PROCEEDINGS

It has come to the Court's attention that the above captioned matter is related to Civil Action No. 99-2945 entitled *Kovacs v. Parker Drilling Co., et al* presently pending in Section "C"(1) of this Court.

Accordingly;

**IT IS ORDERED** that the above captioned matter is hereby transferred to Section "C"(1) for further proceedings.

New Orleans, Louisiana, this 18th day of January, 2000.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY  JAN 2 1 2000

JAN 2 0 2000

TRANSFERRED TO   SECT C MAG 1