FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 10 A 8: 38

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**BERRIGAN, J.**
**February 9, 2000**

| | |
|---|---|
| **JAMES M. KOVACS** | **CIVIL ACTION** |
| versus | **NO. 99-2945 &** |
| | **NO. 00-0134** |
| **PARKER DRILLING CO., et al.** | **SECTION "C" (1)** |

After consultation with the parties in these cases, the Court has determined that it would be most efficient to hear all of the motions currently pending in this case at oral argument next Wednesday, February 16, 2000 at 9:30 a.m.

Therefore,

**IT IS ORDERED** that the following motions are set for hearing at oral argument on Wednesday, February 16, 2000 at 9:30 a.m.:

(1)  Plaintiff James Kovacs's Motion to Remand Civil Action No. 00-134 (Rec. Doc. 4);

(2)  Plaintiff James Kovacs's Motion for Reconsideration in Civil Action 99-2945 (Rec. Doc. 28);

(3)  Defendants Chevron U.S.A., Inc.'s and Parker Drilling Company's Motion to Fix Attorney's Fees and Costs in Civil Action 99-2945 (Rec. Doc. 29); and

(4)  Defendants Chevron U.S.A., Inc.'s and Parker Drilling Company's Appeal of Magistrate's Ruling (Rec. Doc. 30).

DATE OF ENTRY FEB 10 2000


Process
X Dktd
___ CtRmDep
___ Doc.No.

**IT IS FURTHER ORDERED** that any other matters pertinent to the resolution of these two cases be brought to the Court's attention at oral argument.

Lastly, **IT IS ORDERED** that all submissions regarding submitted motions and other matters to be considered at oral argument shall be due by Monday, February 14, 2000 at 5 p.m., with a copy of such submissions brought to Chambers at the time of filing.

*[signature]*