## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

JAMES M. KOVACS                         CIVIL ACTION

VERSUS                                  NUMBER: 99-2945
                                        and 00-134
PARKER DRILLING COMPANY, ET AL          SECTION: "C"


WEDNESDAY, FEBRUARY 16, 2000, AT 9:30 A.M.
JUDGE HELEN G. BERRIGAN PRESIDING

COURT REPORTER:        Vicky Hollard
COURTROOM DEPUTY:   Kimberly County


APPEARANCES:     Stephen Bruno, Counsel for James Kovacs
                 Lawrence Plunkett, Counsel for Chevron  U S A, Inc. and Parker Drilling
                     Company
                 Ann LeBlanc, Counsel for M-I, L.L.C. and American Home Assurance
                     Company

Motion by James M. Kovacs for reconsideration of order entered on 1/28/00 (28)
[REF: 99-2945]
**AFTER ARGUMENT: GRANTED IN PART & DENIED IN PART**
**COUNSEL FOR CHEVRON SHALL SUBMIT UNREDACTED ATTORNEY FEE BILLS**
**FOR IN CAMERA REVIEW BY THE MAGISTRATE JUDGE; ATTORNEY'S FEES**
**SHALL NOT INCLUDE THE COSTS FOR THE REMOVAL**

Motion by Chevron U.S.A., Inc. and Parker Drilling Company to fix attorney's fees and costs
(29)
[REF: 99-2945]
**ORDERED THAT THIS MOTION BE REFERRED TO MAGISTRATE JUDGE SHUSHAN**


FEB 16 2000

DATE OF ENTRY

_____Fee_____
_____Process_____
X_Dktd_____
_____CtRmDep_____
Doc.No._____

C.A. 99-2945 "C"
2/16/00
PAGE 2 OF 2

Appeal by Chevron U.S.A., Inc. and Parker Drilling Company of Magistrate's Ruling dismissing or mooting Chevron U.S.A., Inc. and Parker Drilling Company's motion to compel plaintiff to respond to interrogatories and request for production of documents (30)
[REF: 99-2945]
**AFTER ARGUMENT: TAKEN UNDER SUBMISSION**

Motion by M-I to tax fees and costs associated with this Court's order of 1/28/00 (32)
[REF: 99-2945]
**ORDERED THAT THIS MOTION BE REFERRED TO MAGISTRATE JUDGE SHUSHAN**

Motion by James Kovacs for remand to Civil District Court for the Parish of Orleans (4)
[REF: 00-0134]
**AFTER ARGUMENT: TAKEN UNDER SUBMISSION**

**cc: MAGISTRATE JUDGE SHUSHAN WITH COPIES OF DOCUMENTS 29 & 32**