FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 16  PM 1: 35

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**BERRIGAN, J.**
**August 15, 2000**

| | |
|---|---|
| **JAMES M. KOVACS** | **CIVIL ACTION** |
| versus | **NO. 00-0134** |
| **PARKER DRILLING CO., et al.** | **SECTION "C" (1)** |

In light of the resolution of this matter in the identical action numbered Civil Action 99-2945, the pending motion to remand (Rec. Doc. 8) is now unopposed. Accordingly, **IT IS ORDERED** that Plaintiff's Motion to Remand this matter to the Civil District Court for the Parish of Orleans (Rec. Doc.8) is hereby **GRANTED**.

DATE OF ENTRY
AUG 1 7 2000